**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CALIBER HOME LOANS, INC. F/K/A VERICREST FINANCIAL, INC. and FEDERAL HOME LOAN MORTGAGE CORPORATION, | ) ) ) ) | 3:16-cv-00760-HDM-WGC |
| | ) | ORDER |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| WILLIAMSBURG APARTMENT HOMES UNIT NO. 1 and E. ALAN TIRAS, PROF. CORP., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), the court hereby certifies to the Attorney General for the State of Nevada that the plaintiffs in this action have drawn into question the constitutionality of Nevada's scheme of non-judicial homeowners' association super-priority foreclosure, as set forth in NRS 116 et seq., prior to the amendments that became effective October 1, 2015. The clerk of court is directed to serve a copy of this certification order on the Nevada Attorney General.

IT IS SO ORDERED.

DATED: This 4th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE

1