HOLLY S. PARKER (SBN 10181)
RYAN W. LEARY (SBN 11630)
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
Tel: (775) 322-1170
Fax: (775) 322-1865
hparker@laxalt-nomura.com
rleary@laxalt-nomura.com
*Attorneys for Defendant*
*E. Alan Tiras, P.C.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CALIBER HOME LOANS, INC. F/K/A VERICREST FINANCIAL, INC.; AND FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAMSBURG APARTMENT HOMES UNIT NO. 1 and; E. ALAN TIRAS, PROF. CORP.,<br><br>Defendants. | Case No.: 3:16-cv-00760-HDM-WGC<br><br>ORDER GRANTING **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT E. ALAN TIRAS, PROF. CORP., WITH PREJUDICE** |

Plaintiffs Caliber Home Loans, Inc. f/k/a Vericrest Financial, Inc. and Federal Home Loan Mortgage Corporation (collectively "Plaintiffs") and Defendant E. Alan Tiras, Prof. Corp., by and through their undersigned counsel,

//
//
//
//
//
//
//

pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal with prejudice of Plaintiffs' Complaint and all the claims asserted therein against Defendant E. Alan Tiras, Prof. Corp., only.

**IT IS SO STIPULATED.**

Dated this 4TH day of October, 2018                Dated this __ day of September, 2018

**McCARTHY HOLTHUS LLP**                          **TYSON & MENDES**

                                                   /s/ Thomas E. McGrath

KRISTIN A. SCHULER-HINTZ (SBN 7171)               THOMAS E. MCGRATH (SBN 7086)
~~THOMAS BECKOM (SBN 12554)~~                     CHRISTOPHER A. LUND (SBN 12435)
9510 W. Sahara Ave. Suite 200                     8275 South Eastern Avenue, Suite 115
Las Vegas, Nevada 89117                           Las Vegas, Nevada 89123
*Attorneys for Plaintiffs Caliber Home Loans,*    *Attorneys for Defendant Williamsburg*
*Inc. f/k/a Vericrest Financial, Inc. and*        *Apartment Homes Unit No. 1*
*Federal Home Loan Mortgage Corporation*

Shane P Gale, Esq
SBN: 12967

Dated this __th day of October, 2018

**LAXALT & NOMURA, LTD.**

HOLLY S. PARKER, (SBN 10181)
RYAN W. LEARY (SBN 11630)
9790 Gateway Drive, Suite 200
Reno, Nevada 89520
*Attorneys for Defendant E Alan Tiras, P.C.*

**IT IS SO ORDERED.**

Dated this 9th day of October, 2018.

UNITED STATES DISTRICT JUDGE