# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CALIBER HOME LOANS, INC. F/K/A VERICREST FINANCIAL, INC.; AND FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>               Plaintiffs,<br>    v.<br><br>WILLIAMSBURG APARTMENT HOMES UNIT NO. 1 and; E. ALAN TIRAS, PROF. CORP.,<br><br>               Defendants. | 3:16-cv-00760-HDM-WGC<br><br>ORDER |

The stay that was entered in this case on April 10, 2017 is hereby vacated.

**IT IS SO ORDERED.**

DATED: This 10th day of October, 2018.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

1