# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CALIBER HOME LOANS, INC. F/K/A VERICREST FINANCIAL, INC.; AND FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>　　　　　　Plaintiffs,<br>　v.<br>WILLIAMSBURG APARTMENT HOMES UNIT NO. 1 and; E. ALAN TIRAS, PROF. CORP.,<br><br>　　　　　　Defendants. | 3:16-cv-00760-HDM-WGC<br><br>ORDER |

Pursuant to the stipulation of the parties filed on October 9, 2018, it is hereby ordered and decreed that the Deed of Trust recorded on August 10, 2007 as instrument no. 3563969 thereafter assigned to Bank of America N.A. on December 19, 2011 via instrument no. 4068324 and finally assigned to Vericrest Financial Inc., on January 23, 2013 via instrument no. 4197575 is a valid encumbrance on real property commonly known as 674 Oakwood Dr. Apt. 3, Sparks, Nevada 89431 (APN No. 033-321-32) and that the April 9, 2012 foreclosure pursuant to NRS § 116.3116 *et seq* does not impact the validity or priority of that Deed of Trust. It is further ordered and decreed that this case be and hereby is

1

dismissed with prejudice with each party to bear its own fees and costs.

Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

DATED: This 10th day of October, 2018.

*Howard D McKibben*
UNITED STATES DISTRICT JUDGE